UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

LON L. HAMPTON,

        Plaintiff,

Case No. 2:17-cv-171

v.

Honorable Paul L. Maloney

DEPARTMENT OF VETERANS
AFFAIRS et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   March 30, 2018                       /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge